DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
SUSAN J. KAWALA, State Bar #178612
BRIAN P. CEBALLO, State Bar #243828
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3827 [Kawala]
Telephone: (415) 554-3911 [Ceballo]
Facsimile: (415) 554-3837
E-Mail: susan.kawala@sfcityatty.org
E-Mail: brian.ceballo@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
FORMER ACTING CHIEF TONEY CHAPLIN
GABRIEL ALCARAZ and ALI MISAGHI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.C., a minor, by and through his Guardian ad Litem, Barbara Coleman,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, TONEY CHAPLIN, GABRIEL ALCARAZ, ALI MISAGHI and DOES 1-100,<br><br>Defendants. | Case No. 3:17-cv-4016 WHO<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR EXTENSION OF TIME TO COMPLY WITH COURT ORDER (ECF NO. 43) DATED JUNE 29, 2018<br><br>Trial Date: March 25, 2019 |

IT IS HEREBY ORDERED that, having shown good cause, the Defendants' Administrative Motion for an Extension of Time to Comply with Court Order dated June 29, 2018 (ECF 43) is GRANTED. Defendants must now produce documents, as ordered by the Court, on or before July 27, 2018. IT IS SO ORDERED.

Dated: July 3, 2018

_____
THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

Mot for Extension of Time
Case No. 3:17-cv-04016 WHO
1
c:\users\wholc3\appdata\local\temp\notes1a03dd\~1733755.docx