DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
BRIAN P. CEBALLO, State Bar #243828
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3911
Facsimile:     (415) 554-3837
E-Mail:        brian.ceballo@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
FORMER ACTING CHIEF TONEY CHAPLIN,
MARIS GOLDSBOROUGH, GABRIEL ALCARAZ,
ALI MISAGHI, EDUARD OCHOA, CARLOS
MUSTAFICH AND DAVID JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| N.C., a minor, | Case No. 3:17-cv-4016 WHO |
|---|---|
| Plaintiff, | **REQUEST FOR DISMISSAL; ORDER OF DISMISSAL** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO; TONEY CHAPLIN; MARIS GOLDSBOROUGH; GABRIEL ALCARAZ; ALI MISAGHI; EDUARD OCHOA; CARLOS MUSTAFICH; DAVID JOHNSON; DOES 1-100, | Trial Date:     March 25, 2019 |
| Defendants. | |

Stipulated Dismissal
Case No. 3:17-cv-04016 WHO

1

\\candsf.cand.circ9.dcn\data\users\whoall\_cv\2017\2017_04016_c
_v_city_and_county_of_san_francisco\17-cv-04016-who-
proposed_order_of_dismissal.docx

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

A settlement agreeable to all parties has been reached in the above-mentioned matter. The parties respectfully request that this case be dismissed with prejudice.

Dated: April 23, 2019

        DENNIS J. HERRERA
        City Attorney
        CHERYL ADAMS
        Chief Trial Deputy
        BRIAN P. CEBALLO
        Deputy City Attorneys

By:_____
    BRIAN P. CEBALLO

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, FORMER ACTING CHIEF TONEY CHAPLIN, MARIS GOLDSBOROUGH, GABRIEL ALCARAZ, ALI MISAGHI, EDUARD OCHOA, CARLOS MUSTAFICH AND DAVID JOHNSON

Dated: April 23, 2019

        YURIJ MELNYK
        ANUPAM SHARMA
        HYUN BYUN
        MEREDITH DESAUTELS TAFT

By:_____
    YURIJ MELNYK
    Attorneys for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

Dated: April 24, 2019

_____
WILLIAM H. ORRICK
United States District Court Judge

Stipulated Dismissal
Case No. 3:17-cv-04016 WHO

2

\\candsf.cand.circ9.dcn\data\users\whoall\_cv\2017\2017_04016_c_v_city_and_county_of_san_francisco\17-cv-04016-who-proposed_order_of_dismissal.docx